UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LOPEZ, | No. 2:13-cv-1176 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| J. KRIEG, et al., | |
| Defendants. | |

Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

On October 7, 2013, the court ordered the United States Marshal to serve the first amended complaint on defendants W. Feitcher, J. Krieg, T. McDow, and L.D. Zamora. Process directed to defendant Zamora was returned unserved because of an "insufficient address." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the first amended complaint filed August 23, 2013;

1

1      2. Within sixty days from the date of this order, plaintiff shall complete and submit the
2  attached Notice of Submission of Documents to the court, with the following documents:
3      a. One completed USM-285 form for defendant L.D. Zamora;
4      b. Two copies of the endorsed first amended complaint filed August 23, 2013; and
5      c. One completed summons form (if not previously provided) or show good cause
6  why he cannot provide such information.
7  DATED: December 4, 2013

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LOPEZ, | No. 2:13-cv-1176 KJM AC P |
| Plaintiff, | |
| v. | NOTICE OF SUBMISSION OF DOCUMENTS |
| J. KRIEG, et al., | |
| Defendants. | |

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____ :

    \_\_\_\_        completed summons form

    \_\_\_\_        completed USM-285 forms

    \_\_\_\_        copies of the _____

                            Complaint

DATED:

                                          _____

                                          Plaintiff