1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RICHARD LOPEZ,                          No.  2:13-cv-01176 KJM AC P

12              Plaintiff,

13       v.                                  ERRATA

14   J. KRIEG, et al.,

15              Defendants.

16

17          To the extent that this court's orders of October 7, 2013 (ECF No. 22) and December 5,

18   2013 (ECF No. 26) referred in error to a first amended complaint, the parties are advised that the

19   operative pleading before the court is plaintiff's civil rights complaint filed on June 12, 2013

20   (ECF No. 1).  This complaint was ordered served on defendants via the October 7, 2013 order

21   (ECF No. 22).  The docket has been modified to so reflect.  The latter-filed complaint (ECF No.

22   16) was a duplicate copy of the original and not an amended complaint; it is of no effect and shall

23   be disregarded.

24   DATED: December 5, 2013

25

26                                           ALLISON CLAIRE
                                             UNITED STATES MAGISTRATE JUDGE
27

28

                                             1