UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LOPEZ, | No. 2:13-cv-01176 KJM AC P |
| Plaintiff, | |
| v. | ERRATA |
| J. KRIEG, et al., | |
| Defendants. | |

    To the extent that this court's orders of October 7, 2013 (ECF No. 22) and December 5, 2013 (ECF No. 26) referred in error to a first amended complaint, the parties are advised that the operative pleading before the court is plaintiff's civil rights complaint filed on June 12, 2013 (ECF No. 1). This complaint was ordered served on defendants via the October 7, 2013 order (ECF No. 22). The docket has been modified to so reflect. The latter-filed complaint (ECF No. 16) was a duplicate copy of the original and not an amended complaint; it is of no effect and shall be disregarded.

DATED: December 5, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1