1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LOPEZ, | No. 2:13-cv-1176 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| J. KRIEG, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 21, 2014, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  Plaintiff has filed objections to the findings and recommendations and defendants Feitcher, Krieg, McDow, and Zamora have filed a reply to plaintiff's objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 21, 2014, are adopted in full;

2. The motion to dismiss filed by defendants Feitcher, Krieg and McDow (ECF No. 38) is granted;

3. Defendant Zamora's motion to dismiss (ECF No. 55) is granted;

4. Plaintiff's complaint (ECF No. 1) is dismissed with leave to amend;

5. Plaintiff shall file a first amended complaint limited to allegations of inadequate dental care at SCC within twenty-eight days of the date of this order;

6. Plaintiff's motion to amend the complaint (ECF No. 52) is denied;

7. Plaintiff's motion to file a supplemental complaint (ECF No. 35) is denied as moot;

8. The motion to stay discovery filed by defendants Feitcher, McDow and Krieg (ECF No. 40) is granted; and

9. Plaintiff's motion to compel (ECF No. 59) is denied as moot.

DATED: September 29, 2014.

_____
UNITED STATES DISTRICT JUDGE