UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LOPEZ,<br><br>        Plaintiff,<br><br>   v.<br><br>J. KRIEG, et al.,<br><br>        Defendants. | No. 2:13-cv-1176 KJM AC P<br><br><br>ORDER |

Plaintiff moves this court for an order compelling defendants to respond to plaintiff's discovery requests, ECF No. 88, and seeks an extension of time within which to obtain such compliance, ECF No. 89. However, defendants respond that they timely served all of their responses on December 15, 2015. See ECF No. 90. Review of the parties' filings demonstrate that defendants timely responded to all of plaintiff's outstanding discovery requests. Therefore, plaintiff's motions are moot.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motions docketed December 16, 2015, ECF No. 88-9, are denied as moot.

DATED: January 4, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE