1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RICHARD LOPEZ,                          No.  2:13-cv-1176 KJM AC P

12              Plaintiff,

13        v.                                 ORDER

14   J. KRIEG, et al.,

15              Defendants.

16

17        Plaintiff has filed a "Motion Requesting Defendants To Clarafy (sic) Contents Of Legal

18   Material Sent April 15, 2016."  See ECF No. 103.  Plaintiff seeks clarification from Deputy

19   Attorney General (DAG) S. Snyder, who represents defendants, as to the content of documents

20   served on plaintiff by mail on April 15, 2016.  Plaintiff avers that he received these documents,

21   designated confidential legal mail, in a fully-opened envelope on April 22, 2016, and expresses

22   concern that the material he received is incomplete.

23        The subject material, designated "Submittal Of Plaintiff's Deposition Transcript And

24   Declaration Of S. Snyder In Support Of Defendants' Motion For Summary Judgment," is

25   comprised of a two-page declaration by DAG Snyder, and one exhibit, entitled Exhibit 1, which

26   is the 77-page transcript of plaintiff's November 9, 2015 deposition.  The entire document,

27   including the certificate of service, is 80 pages in length.  See ECF No. 97.

28   ////

1

1        Plaintiff's concerns are inappropriately presented in a motion to this court.  Plaintiff's

2  inquiry should have been made directly to DAG Snyder.  As a one-time courtesy, the court will

3  request that DAG Snyder re-serve plaintiff with the subject material.  However, plaintiff is

4  cautioned that similar matters must, in the future, be addressed directly with defense counsel.

5        Accordingly, IT IS HEREBY ORDERED that:

6       1.  Plaintiff's motion filed May 20, 2016, ECF No. 103, is DENIED.

7       2.  As a one-time courtesy, defense counsel is directed to re-serve on plaintiff by mail,

8  within fourteen days after the filing date of this order, a duplicate copy of the entire declaration

9  and exhibit filed with the court on April 15, 2016, and identified on the docket as ECF No. 97.

10  DATED: May 24, 2016

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE